STATE of Vermont v. Shawn Michael HALLOCK, No. 170-79

June 13, 1979. Motion for Permission to Appeal granted. V.R.A.P. 5(b)(1).

IN RE CERTAIN INQUEST MINUTES, No. 222-79

June 15, 1979. Motion for Release of Inquest Minutes Pursuant to 13 V.S.A. § 5134 is denied.

CHITTENDEN TRUST COMPANY v. ROCKY VERMONT, INC., Henry H. Hemenway, Marjorie W. Hemenway, Frederick A. Hills, and Emma M. Morse, No. 169-78

June 21, 1979. Motion for Reargument is denied.

Beatrice J. POULIN v. Ronald J. POULIN, No. 9-79

June 22, 1979. Printed case to be filed by July 5, 1979. Appellant's brief to be filed by July 26, 1979.

Daley, J.

STATE of Vermont v. Paul R. WHITE, No. 141-79

June 22, 1979. The trial court being without legal authority to relieve the defender general from representation of the defendant once notice of appeal has been filed (Sec. 4, Admn. Order No. 4 as amended June 20, 1978), the purported termination of such representation, dated February 6, 1979, is hereby vacated, as is the purported directive to court reporters dated April 11, 1979.

Larrow, J.

IN RE TIMBERLAND MACHINES, INC., No. 203-79

July 2, 1979. Motion for permission to appeal denied. V.R.A.P. 5(b)(1). Motion for stay denied.

STATE of Vermont v. Audrey WELLS, No. 319-77

July 10, 1979. Motion for reconsideration denied. Motion for dismissal denied.

John BLOCH, Peter Diamondstone, Earl Gardner, and Kenneth Bartlett v. John A. BURGESS and Ernest W. Gibson, III, No. 150-78

July 10, 1979. Progress by August 10, 1979, or appeal dismissed.